

U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

*K.T. Newton*
*Direct Dial: (215) 861-8329*
*Facsimile: (215) 861- 8618*
*E-mail Address: kt.newton@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

November 24, 2021

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    <u>United States v. Karen Hollins</u>
            Magistrate No. 21-1460

Dear Clerk:

    Please unimpound the Complaint in regard to the above-captioned case.

                  Very truly yours,

                  JENNIFER ARBITTIER WILLIAMS
                  United States Attorney


                  /s KT Newton
                  K.T. NEWTON
                  Assistant United States Attorney